# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sharon J. Coleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6016 | **DATE** | 11/30/2010 |
| **CASE TITLE** | City of Lakeland vs. Baxter International | | |

**DOCKET ENTRY TEXT**

National Elevator Industry Pension Fund's Motion to Consolidate Cases and Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead and Liaison Counsel [23] is granted. City of Lakeland Employees Pension Plan v. Baxter Int'l Inc., No.10-cv-06016 (filed 09/21/10) and Gregory v. Baxter Int'l Inc, No.10-cv-07149 (filed 11/05/10), involve substantially similar issues of law and fact, therefore, the cases will be consolidated pursuant to Fed. R. Civ. P. 42(a). National Elevator Industry Pension Fund is hereby appointed lead plaintiff and its selection of Robbins Geller Rudman & Dowd LLP as lead counsel and Miller Law LLC as liaison counsel for the class is approved.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KG |
|---|---|---|