Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sharon J. Coleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6016 | **DATE** | 4/18/2011 |
| **CASE TITLE** | City of Lakeland Employees Pension Plan vs. Baxter International, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Joint Stipulated Order Regarding Filing of Amended Consolidated Class Action Complaint and Briefing on Defendants' Motion to Dismiss.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KG |
|---|---|---|