# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on May 18, 2012, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable John J. Tharp, Jr., therefore

IT IS HEREBY ORDERED That the attached list of 319 cases be reassigned to the Honorable John J. Tharp, Jr.

IT IS FURTHER ORDERED that this order shall become effective on Tuesday, June 5, 2012.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_/s/ James F. Holderman_
Chief Judge

Dated at Chicago, Illinois this ___1st___ day of June, 2012.

Cases to be Reassigned From Judge Rubén Castillo
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 10 C 04347 | Oxford Bank & Trust, et al. v. Village of LaGrange, et al. |
| 10 C 06514 | North Miami Employees Retirement Fund v. Parkinson, et al. |
| 11 C 03320 | Paniagua v. Engberg, et al. |
| 11 C 04843 | Vasich, et al. v. City of Chicago |
| 11 C 06547 | Lumpkins-Benford v. Allstate Insurance |
| 11 C 07997 | Tapia v. Skarupinski, et al. |
| 11 C 08628 | Bardney, et al. v. Chicago Housing Authority |
| 12 C 00647 | Van Stedum v. Bulldog's |
| 12 C 01077 | Awad v. Spann, et al. |
| 12 C 01498 | Bond v. Strategic Screening Solution |
| 12 C 02027 | Keith v. Walgreens.Com, Inc. |
| 12 C 02530 | Chiaro v. Spirit Trucking Company |
| 12 C 03076 | Arambula, et al. v. Holsten Management |
| 12 C 03285 | The Bank of New York Mellon v. Gallegos, et al. |

Cases to be Reassigned From Judge Edmond E. Chang
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 06254 | Bleier v. Bundesrepublik Deutschelan |
| 09 C 05958 | Myers v. City of Chicago, et al. |
| 10 C 03795 | Doctor's Data, Inc. v. Barrett, et al. |
| 11 C 00192 | Parker v. Illinois Department of Transportation |
| 11 C 03031 | Listenbee v. City of Harvey Illinois |
| 11 C 05158 | United States of America v. Luce |
| 11 C 07923 | Davis et al. v. Packer Engineering, Inc. |
| 11 C 08029 | Addiction & Detoxification Institute v. Sponaugle, et al. |
| 11 C 09027 | Oplus Technologies, Ltd. v. Sears |
| 12 C 01425 | Silk v. Board of Trustees, Moraine Valley Community College |
| 12 C 02134 | Bullock Jr. v. Commissioner of Social Security |
| 12 C 02782 | Warner v. UNUM Life Insurance Company |
| 12 C 03531 | Divane, Jr., et al. v. Electric-S LLC |

Cases to be Reassigned From Judge Sharon Johnson Coleman
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 07 C 01616 | Clark et al. v. Chicago Police Officer |
| 07 C 05251 | Gonzalez v. City of Chicago, et al. |
| 09 C 05261 | Shrader v. Paul Revere Life Insurance |
| 10 C 06016 | Lakeland Employees Pension Fund v. Baxter International, et al. |
| 10 C 07149 | Gregory III v. Baxter International |
| 10 C 07663 | J&J Sports Productions, Inc. v. Ortega, et al. |
| 11 C 01120 | Laborers' Pension Fund, et al. v. Dion |
| 11 C 04016 | American National Insurance v. American National Investment |
| 11 C 05896 | Suburban Teamsters Welfare Fund v. Patrick Ryan, Inc. |
| 11 C 06463 | 1st Technology, LLC v. Merge Gaming |
| 11 C 07201 | Redmond v. West Asset Management, Inc |
| 11 C 08744 | Teamsters Local 727 Health Fund v. Metropolitan 1, LLC |
| 12 C 00914 | Chicago Carpenters Pension Fund v. DW and Associates |
| 12 C 01796 | James Noda v. Gardner, et al. |
| 12 C 02227 | Laborers Pension Fund, et al. v. Accu Flow Floors, Inc. |
| 12 C 03131 | Olszweski et al. v. Quicken Loans, Inc. |

Cases to be Reassigned From Judge John W. Darrah
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 05277 | United States, et al. v. Midwest Generation, LLC |
| 10 C 06152 | Vaughn Cooper, et al. v. Bridgestone |
| 11 C 00030 | Haddad v. Brown, et al. |
| 11 C 02011 | Brunson v. City of Chicago, et al. |
| 11 C 04168 | HSBC Bank USA v. Washington, et al. |
| 11 C 06332 | U.S. Bank, National Association v. Silver, et al. |
| 11 C 07138 | Fox Valley Laborers' Welfare Fund v. ASC Insulation, Inc. |
| 11 C 07882 | HSBC Bank USA v. McClafferty |
| 11 C 08876 | Leong v. SAP America, Inc., et al. |
| 12 C 00316 | Hughes v. Unknown Cook County Correctional Officers |
| 12 C 01071 | Poulter v. Cottrell, Inc. |
| 12 C 01899 | Sylvester v. Wintrust Financial Corp. |
| 12 C 02611 | Local 731 Health and Welfare Fund v. N.A.D. Ventures, Inc. |
| 12 C 03452 | Salmans, et al. V. Byron Udell & Associates, Inc. |

Cases to be Reassigned From Judge Samuel Der-Yeghiayan
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 05065 | Catledge v. City of Chicago, et al. |
| 11 C 00646 | Nehan v. Tootsie Roll Industries |
| 10 C 08291 | Sonix Technology Co. Ltd v. VTech Electronics, et al. |
| 11 C 02268 | Guzman v. Disney, et al. |
| 11 C 03693 | TRT Transportation, Inc. v. Chicago |
| 11 C 05353 | Wyatt v. Hart, et al. |
| 11 C 06644 | Robinson v. Allstate Insurance Company |
| 11 C 06768 | Baker et al. v. Home Depot USA, Inc |
| 11 C 08340 | Hard Drive Productions, Inc. v. Doe |
| 11 C 08966 | National Union Fire Insurance Company v. Narvaez |
| 12 C 00232 | Doe, et al. v . Wyndham Hotels & Resort |
| 12 C 01022 | Garski v. Edwards #17, et al. |
| 12 C 01517 | Deutsche Bank v. Williamson, et al. |
| 12 C 01966 | Bradley v. Astrue |

Cases to be Reassigned From Judge Robert M. Dow, Jr.
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 02785 | Fowler v. United States of America |
| 09 C 04819 | Zuckerman v. United of Omaha Life Insurance |
| 10 C 04457 | State of Michigan v. United States |
| 10 C 05623 | Laborers' Pension Fund v. Etolen & Buchanan, Inc. |
| 10 C 08042 | Bombshell Accessories, Inc. v. L.A. Silver, Inc. |
| 11 C 01323 | Drewry, et al. v. Keltz |
| 11 C 04010 | Shorts v. Village of Calumet Park, et al. |
| 11 C 05660 | Posey, et al. v. City of Chicago, et al. |
| 11 C 07384 | Vanorsby v. Acevedo, et al. |
| 11 C 08756 | Marvellous Day Electric Co. V. ACE Hardware |
| 12 C 00501 | Nelson v. Dart, et al. |
| 12 C 01613 | Dubois-Williams v. Twin Cleaning |
| 12 C 02040 | Chicago Painters Pension Fund v. Soutsos Decorating, et al. |
| 12 C 03283 | Lemko Corporation v. FDIC |

Cases to be Reassigned From Judge Gary Feinerman
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 01924 | Jacobeit v. Rich Township High School |
| 10 C 00397 | Demarco v. Northwestern Memorial Health |
| 10 C 04866 | Boundas v. Abercrombie & Fitch Store |
| 11 C 01361 | Smith v. Select Portfolio Servicing |
| 11 C 03359 | Davis v. Chicago Housing Authority |
| 11 C 04910 | Hadley v. Draper and Kramer, Inc. |
| 11 C 06376 | Cement Masons Pension Fund v. Barrier Corp. |
| 11 C 07650 | Suggs v. The Thresholds |
| 11 C 08936 | Lucky Fella LLC, et al. v. Sheahan |
| 12 C 00194 | Gray v. Ghosh, et al. |
| 12 C 01134 | Gunby v. Safety-Kleen Systems, Inc., et al. |
| 12 C 01937 | Strong v. Leather, et al. |
| 12 C 02881 | Central States Welfare Fund v. Michels Corp. |
| 12 C 03500 | Cement Masons Pension Fund v. Millennium Construction |

Cases to be Reassigned From Judge Ronald A. Guzman
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 08033 | McDowell v. Alvarez, et al. |
| 10 C 06419 | Frost v. Special Agent Jackson. |
| 11 C 01288 | Thompson v. Dart, et al. |
| 11 C 03752 | Select Retrieval, LLC v. ABT |
| 11 C 05217 | Boclair v. Randle, et al. |
| 11 C 06568 | Charland, et al. v. Carman |
| 11 C 07934 | M.G.S. v. Toerpe, et al. |
| 11 C 08692 | IBEW Local 176 v. J. Hammer Enterprises, Inc. |
| 12 C 00032 | Vance v. Wabash Randolph Garage, LLC |
| 12 C 00915 | Zakheim v. Credit Control, LLC |
| 12 C 01663 | Williams v. Farmer, et al. |
| 12 C 02566 | In re Miller |
| 12 C 02992 | Solis v. Dombek, et al. |
| 12 C 03469 | Wilena Orr v. Det. Bell, et al. |

Cases to be Reassigned From Judge James F. Holderman
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 00519 | Naham v. Haljean, et al. |
| 11 C 01044 | Sheppard v. Village of Glendale Heights |
| 11 C 02659 | Chaparro v. City of Chicago, et al. |
| 11 C 06219 | Innovative Sports Management v. Klimek, et al. |
| 11 C 08630 | Owens v. Dart, et al. |
| 12 C 00981 | Bonner v. O'Toole, et al. |
| 12 C 02248 | National Electrical Benefit Fund v. M-K Signs, Inc |

Cases to be Reassigned From Judge Virginia M. Kendall
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 10 C 00288 | H & H Textile & Garments Co., Ltd. v Lilien, et al. |
| 10 C 08135 | Zirko v. Ghosh, et al. |
| 10 C 08196 | Boutros v. Avis Rent A Car |
| 11 C 01472 | Regalado v. Hayes, et al. |
| 11 C 01831 | Taylor v. Deratany, et al. |
| 11 C 05177 | Personal Keepsakes, Inc. v. PersonalizationMall.com, Inc., et al. |
| 11 C 05764 | Romano v. Ferrazzuolo, et al. |
| 11 C 07658 | Bank of America, N.A., v. Gould, et al. |
| 11 C 08465 | Ballou v. I-Talk Wireless, LLC, et al. |
| 11 C 09140 | Rosa v. Doe I, et al. |
| 12 C 00460 | Hodges v. Hruby, et al. |
| 12 C 02279 | Drendel & Jansons, P.C. v. Civil Action Group, Ltd. |
| 12 C 02596 | Delgado v. Union Pacific Railroad |
| 12 C 03063 | Carpenters Benefit Funds v. Ashlaur Construction |

Cases to be Reassigned From Judge Matthew F. Kennelly
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 07913 | Thompson v. Gaetz, et al. |
| 10 C 05680 | Jackson v. Officer Keeler, et al. |
| 10 C 08115 | Kopfman v. Ensign Ribbon Burners |
| 11 C 02424 | Seabright Insurance Company, et al. v. JLG Industries, et al. |
| 11 C 06070 | Strategic Direct Group, Inc. v. MBS |
| 11 C 07275 | Perez v. Transformer Manufactures |
| 11 C 07509 | Waste Management of Illinois v. Central States Pension Fund, et al. |
| 11 C 08494 | Freed v. United Parcel Service, Inc. |
| 12 C 00072 | Royal & Sun Alliance Insurance, et al. |
| 12 C 00868 | Munoz v. BorgWarner, Inc. |
| 12 C 01563 | Castaneda, et al. v. Glez Restaurant |
| 12 C 02196 | Topazian v. ADP TotalSource, Inc |
| 12 C 02923 | Howard v. Value City Furniture, et al. |
| 12 C 03486 | U.S. Bank, National Association v. Tarant, et al. |

Cases to be Reassigned From Judge Joan Humphrey Lefkow
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 00819 | Thomas v. Acevedo |
| 09 C 04190 | Leon, et al. v. Does, et al. |
| 10 C 05424 | Bridges v. Target Corporation |
| 10 C 07765 | Hughes v. City of Chicago |
| 11 C 01710 | Philadelphia Indemnity Insurance v. 1801 W Irving Park, et al. |
| 11 C 04049 | Coach, Inc., et al. v. Jones-Tate, et al. |
| 11 C 05103 | H-O-H Water Technology, Inc. v. Molter Corp., et al. |
| 11 C 06724 | Diorio v. Village of Tinley Park |
| 11 C 07753 | Akinlawon v. Kraft Foods |
| 12 C 00016 | Nixon et al.v. U.S. Small Business Administration |
| 12 C 00717 | Travelers Property Casualty v. Sears Logistics Services, et al. |
| 12 C 01653 | Barrett v. Department Stores National |
| 12 C 02199 | HiWay 87 Stop, Inc. et al. v. Power Buying Dealers USA, et al. |
| 12 C 03011 | Soprych v. Geneva's Best Pizza, Inc. |

Cases to be Reassigned From Judge Charles Norgle
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 06437 | Jones et al. v. National Council of YMCA |
| 09 C 06780 | Commodity Futures Trading Commission |
| 10 C 04193 | Cordero Jr. v. Doe 1, et al. |
| 10 C 07371 | Laborers' Pension Fund et al. v. Glen |
| 11 C 02504 | Chicago Title Insurance v. Sinikovic, et al. |
| 11 C 04493 | Ablan, et al. v. Bank of America Corp. |
| 11 C 05905 | Mortgage Electronic Registration Systems v. James |
| 11 C 07485 | Solis v. Super Maid, LLC, et al. |
| 11 C 08481 | Ablahad v. Aceveedo |
| 12 C 00170 | Medina, et al. v. Public Storage, et al. |
| 12 C 01095 | Yapp v. Astellas Pharma US Inc., et al. |
| 12 C 01881 | United States of America v. Richard |
| 12 C 02985 | Innovative Sports Management, Inc. v Kolodzie, et al. |
| 12 C 03607 | ADK Construction Co. v. Chicago Title Land, et al. |

Cases to be Reassigned From Judge Rebecca R. Pallmeyer
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 02533 | Tribble v. Evangelides, et al. |
| 09 C 07048 | Brewer v. City of Chicago, et al. |
| 10 C 04442 | Naranjo, et al. v. Rowland |
| 10 C 07356 | PNC Bank v. Reger Development, LLC |
| 11 C 00752 | Davis v. BCC, LLC, et al. |
| 11 C 01286 | Humphrey v. Dart, et al. |
| 11 C 04416 | Cullum v. Cook County, et al. |
| 11 C 05551 | Mackey v. City of Country Club Hills |
| 11 C 06866 | N.B. v. Hamos |
| 12 C 00734 | Borich v. Life Insurance Company of North America |
| 12 C 01546 | Sunlust Pictures, LLC v. Does 1-75 |
| 12 C 01958 | Bank of New York Mellon v. Zarate |
| 12 C 02585 | Nichols v. Hardy, et al. |
| 12 C 03059 | J&J Sports Productions, Inc. v. Lope |

Cases to be Reassigned From Judge Amy. J. St. Eve
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 07 C 05777 | United States of America, et al. v. Omnicare, et al. |
| 10 C 01422 | 520 South Michigan Avenue Associates v. Unite Here Local 1 |
| 10 C 07097 | Johnsen v. Village of Rosemont |
| 11 C 01712 | Thompson v. Chicago Board of Education |
| 11 C 03996 | Mohr, et al. v. Pharmacia & Upjohn |
| 11 C 07386 | Taylor, Jr. v. Wexford Health Source |
| 11 C 08775 | Frazier v. US Bank |
| 11 C 09169 | Gomes v. Advocate Condell Medical Center |
| 12 C 00430 | McFarland, et al.v. Geranio, et al. |
| 12 C 00967 | Deutsche Bank v. Velasco, et al. |
| 12 C 01827 | Muresan v. Napolitano, et al. |
| 12 C 02179 | HSBC Bank USA, NA v. Conner, et al. |
| 12 C 02963 | Gill v. Village of Melrose Park, et al. |
| 12 C 03210 | Smith v. Cook County, et al. |
| 12 C 03964 | Smith v. Cook County |

Cases to be Reassigned From Judge James B. Zagel
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 07 C 06172 | Stewart v. Cermak Health Services |
| 08 C 07467 | Hunter v. Ormond, et al. |
| 09 C 03095 | Gross, et al. v. Security Associates |
| 10 C 03738 | Garibay v. Soberanis, et al. |
| 10 C 06749 | Sundry v. FDIC |
| 11 C 00536 | Laborers' Pension Fund. et al. v. Minooka Masonry, Inc. |
| 11 C 02428 | Furlanetto v. United States of America |
| 11 C 04848 | Jimenez v. Wal-Mart Stores, Inc. |
| 11 C 06359 | Hopkins v. Chicago Public Schools |
| 11 C 08037 | Divane, et al. v. Revcon Technology Group |
| 11 C 09074 | Casey v. Begley, et al. |
| 11 C 9190 | Geara v. Ball, et al. |
| 12 C 00938 | Nash v. Safety-Kleen Systems, Inc., et al. |
| 12 C 01947 | Weiland v. Assurecare Risk Management |
| 12 C 03132 | Iqbal v. Medina-Maltes |

Cases to be Reassigned From Judge Marvin E. Aspen
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 06129 | Penn Mutual Life Insurance v. GreatBanc Trust |
| 09 C 06793 | Metal Exchange Corporation v. ABN Co |
| 10 C 05253 | Kazmierczak, et al. V. Reproductive Genetic Institute, et al. |
| 11 C 03052 | Facebook, Inc. v. Teachbook.com LLC |
| 11 C 05633 | Mooi, et al. v. UBS AG, et al. |
| 11 C 09318 | Roberson v. Engleson, et al. |
| 12 C 03235 | Dzurko v. Astrue |

Cases to be Reassigned From Judge Elaine E. Bucklo
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 04606 | Turner v. Sherine, et al. |
| 10 C 04093 | Kitchen v. Burge, et al. |
| 11 C 00022 | Davis v. Brian, et al. |
| 11 C 03453 | Original Creations, Inc. v. Ready America, Inc., et al. |
| 11 C 05340 | Smith v. AFS Acceptance, LLC, et al. |
| 11 C 06937 | Laborers' Pension Fund et al. v. Dantzler, et al. |
| 11 C 08163 | Miles v. Provena Saint Joseph Medical |
| 11 C 09174 | HSBC Bank USA v. Rowe, et al. |
| 12 C 00583 | Wells Fargo Bank v. Wasilewski |
| 12 C 01311 | Stanley Convergent Security Solutions v. Young |
| 12 C 01876 | Oak - Leyden Developmental Services v. Solis, et al. |
| 12 C 02609 | Tomb v. Evans |
| 12 C 03057 | Olsson v. Madigan, et al. |
| 12 C 03507 | Joe Hand Promotions, Inc. v. Sedelma |

Cases to be Reassigned From Judge Suzanne B. Conlon
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 11 C 03745 | Green et al. v. Konica Minolta Business |
| 11 C 06673 | Spot Trading, L.L.C. v. Crown Energy |
| 12 C 00038 | Moore v. Stafflogix Corp., et al. |
| 12 C 01499 | Regalado v. Linaweaver, et al. |
| 12 C 02658 | Yasko v. Reliance Standard Life Ins |
| 12 C 03156 | HSBC Bank USA, NA v. Rodriguez, et al. |
| 12 C 03381 | Visual Training Solutions, Inc. v. Melissa Brown Moreau |

Cases to be Reassigned From Judge Robert W. Gettleman
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 07117 | Rubietta v. National Passenger RR |
| 10 C 00263 | Westport Insurance Company v. City of Waukegan, et al. |
| 10 C 06104 | Brown v. University of Illinois |
| 11 C 01391 | Murithi v. Randle, et al. |
| 11 C 03873 | Jubeh v. Dart, et al. |
| 11 C 05681 | Gonzalez, et al. v. City of Chicago |
| 11 C 06048 | Horton v. Patel, et al. |
| 11 C 07969 | McCarter v. Arnold, et al. |
| 12 C 00940 | Perez v. Safety-Kleen Systems, Inc. |
| 12 C 01396 | Ruiz, et al. v. City of West Chicago, et al. |
| 12 C 01568 | Deutsche Bank v. Henderson, et al. |
| 12 C 02125 | U.S. Bank, National Association v. Keating |
| 12 C 02783 | Teamsters Health & Welfare Fund v. Reliable Valet Parking. Inc. |
| 12 C 03284 | U.S. Bank, National Association v. Jackson, et al. |

Cases to be Reassigned From Judge Joan B. Gottschall
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 06 C 06131 | US ex rel. Berrnard Lisitza, et al. V. Par Pharmeceutical, Inc. |
| 08 C 06031 | Pro's Sports Bar & Grill, et al. V. City of Country Club Hills, et al. |
| 09 C 06019 | Brandl v. Superior Air-Ground Ambulance Service, Inc. |
| 10 C 01512 | Rosario, et al. v City of Chicago Retirement Board and Benefit Fund |
| 10 C 04549 | Fashonnus v. Pierce |
| 11 C 03511 | Cumbee v. Hardy, et al. |
| 11 C 04920 | Volling, et al. v. Antioch Rescue Squad |
| 11 C 06606 | Matlin, et al. v. Computershare, Inc |
| 11 C 07759 | Knox v. Luke |
| 11 C 08702 | Doe v. Doe |
| 12 C 00627 | Anderson v. Cook County, et al. |
| 12 C 01523 | HSBC Bank v. Fuller, et al. |
| 12 C 02262 | Marderosian v. Topinka, et al. |
| 12 C 02929 | Auto Mechanics Local 701 Welfare Fund v. Manitex International |

Cases to be Reassigned From Judge Charles P. Kocoras
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 07255 | Jaworski, et al. v. Master Hands Contractors, et al. |
| 10 C 07937 | Cement Masons Pension Fund, Local 50 v. Rangel Construction |
| 11 C 03834 | Allen v. Wexford Health Sources, Inc. |
| 11 C 08170 | Porter v. AT & T |
| 12 C 00474 | HSBC Bank USA v. Janis, et al. |
| 12 C 01719 | Lobbins v. U.S. Bank |
| 12 C 02751 | Wells Fargo Bank v. Young |

Cases to be Reassigned From Judge Harry D. Leinenweber
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 06993 | ABA Retirement Funds v. United States |
| 10 C 04618 | Segle v. Stegmiller, et al. |
| 10 C 07455 | Arellano v. GIMECO, S.p.a., et al. |
| 11 C 01503 | Mims v. Hoffman, et al. |
| 11 C 03776 | McMichaels v. Kuri |
| 11 C 05168 | Stanczak v. Catholic Bishop of Chicago |
| 11 C 06753 | Rosen Family Chiropractic v. Chi-Town Pizza |
| 11 C 07834 | House of Brides, Inc., et al. v. Alfred Angelo, Inc. |
| 11 C 08815 | Fennerty v. Chicago Board of Education |
| 12 C 00090 | Menolascina v United States of America |
| 12 C 01152 | Dampier v. Montes, et al. |
| 12 C 01823 | Battles v. Comcast Cable Holdings LLC |
| 12 C 02633 | Jackson v. City of Aurora, et al. |
| 12 C 03399 | Tucker, et al. v. Charles Schwab Bank |

Cases to be Reassigned From Judge Blanche M. Manning
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 09 C 03933 | Lakeview Collection, LLC v. Bank of America |
| 10 C 03546 | Pesek v. Caterpillar, Inc. |
| 11 C 00547 | Chriswell v. Village of Oak Lawn, et al. |
| 11 C 03804 | U.S. Bank v. Asuncion, et al. |
| 11 C 06010 | Pharmaceutical Horizons, Inc. V. SXC Health Solutions, Inc. |
| 11 C 08020 | Montanez v. City of Chicago, et al. |
| 12 C 03219 | Carroll v. Biaggi's Inc. |

Cases to be Reassigned From Judge Milton I. Shadur
to the Initial Calendar of Judge John J. Tharp, Jr.

| | |
|---|---|
| 08 C 05610 | Nichols v. Murphy, et al. |
| 10 C 00594 | Bisharat vs. Village of Niles |
| 10 C 05308 | Salazar v. Town of Cicero, et al. |
| 11 C 00121 | DeRango v. Carol Stream Public Library |
| 11 C 02937 | Natural Resources Defense Council v. Metropolitan Water Reclamation |
| 11 C 06247 | PNC Bank v. Freed, et al. |
| 11 C 07157 | Morris v. US LBM Holdings, LLC, et al. |
| 11 C 08129 | Teague v. Teague |
| 11 C 09019 | Johnson v. Bobby E. Wright Health Center |
| 12 C 02109 | O2COOL, LLC v. Windy City Novelties |
| 12 C 03204 | O2COOL, LLC v. Discovery Communication |
| 12 C 01469 | Homestead of Morton Grove, et al. V. JSSH Architects, et al. |
| 12 C 02735 | Hayse, et al. v. City of Chicago, et al. |
| 12 C 03265 | Carpenters Pension Fund v. A.W.P.E., LLC |
| 12 C 03304 | Gentry v. Dart, et al. |