UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF LAKELAND EMPLOYEES PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:10-cv-06016 |
| | ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | Assigned to: Judge John J. Tharp, Jr. |
| vs. | ) ) | |
| BAXTER INTERNATIONAL INC., et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

**LEAD PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE DISCOVERY
DEADLINE FOR DEPOSITION OF DEFENDANT ROBERT M. DAVIS**

Lead Plaintiff National Elevator Industry Pension Fund ("Plaintiff") files this unopposed motion and respectfully requests that the Court enter an Order continuing the discovery deadline solely for the deposition of Defendant Robert M. Davis. In support thereof, Plaintiff states:

1. On October 7, 2014, the Court entered an Order ("October 7 Order") granting Plaintiff's unopposed motion to continue the discovery deadline for completing three fact discovery depositions. Pursuant to the October 7 Order, fact discovery is currently set to conclude on February 27, 2015. [Dkt. No. 229].

2. The parties have conferred and agreed to continue the deposition of Defendant Robert M. Davis, one of the three deponents contemplated under the October 7 Order, until the mutually

agreeable dates of March 5-6, 2015, just six days after expiration of the current fact discovery deadline.

3.      In light of the foregoing, Plaintiff respectfully requests that the deadline to complete the deposition of Defendant Robert M. Davis be extended until March 6, 2015.

4.      In compliance with Local Rule 37.2, counsel for the parties conferred with each other by electronic mail on November 14, 2014.  Counsel for Plaintiff advises that Defendants do not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order extending the deadline to complete the deposition of Defendant Robert M. Davis until March 6, 2015, and for such other and further relief as this Court deems just and proper

DATED:  November 14, 2014                    MILLER LAW LLC
                                             MARVIN A. MILLER
                                             MATTHEW E. VAN TINE
                                             LORI A. FANNING


                                                  */s/ Lori A. Fanning*
                                             LORI A. FANNING

                                             115 S. LaSalle Street, Suite 2910
                                             Chicago, IL  60603
                                             Telephone:  312/332-3400
                                             312/676-2676 (fax)

                                             *Liaison Counsel for Lead Plaintiff*

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
ROBERT J. ROBBINS
BAILIE L. HEIKKINEN
KATHLEEN B. DOUGLAS
HOLLY W. KIMMEL
JANINE D. ARNO
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
TOR GRONBORG
JASON A. FORGE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

*Lead Counsel for Lead Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

_/s/ Lori A. Fanning_
LORI A. FANNING