# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

City of Lakeland Employees Pension Plan, et al.

                Plaintiff,

v.                       Case No.: 1:10−cv−06016
                         Honorable John J. Tharp Jr.

Baxter International Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 22, 2016:

    MINUTE entry before the Honorable John J. Tharp, Jr:Final Approval Hearing held. For the reasons stated on the record, Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and an Award of Attorney's Fees and Expenses [299] is granted. Enter Final Judgment Approving Settlement, Order Approving Plan of Allocation of Settlement Proceeds, and Order Awarding Attorneys' Fees and Expenses. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.